Unsealed 2/12/08

ORDERED SEALED BY COURT

FILED

05 SEP 16 AM 9:56

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

4881 Orchard Avenue
San Diego, California

Defendant.

Magistrate Case No.

'05 mg 1483

ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: September 16, 2005

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

MITCHELL D. DEMBIN
Assistant U.S. Attorney