AO 93 (Rev. 5/85) Search Warrant

Unsealed 2/12/08 RBB/MD

ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

05 SEP 29 PM 1:27

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY:

In the Matter of the Search of

4881 Orchard Avenue
San Diego, California

SEARCH WARRANT

CASE NUMBER: '05 MJ 1483 -

TO: Special Agent Bruce Barron and any Authorized Officer of the United States:

Affidavit having been made before me by Special Agent Bruce Barron of the Federal Bureau of Investigation who has reason to believe that on the premises known as:

See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely:

See Attachment B

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before **September 23, 2005** (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Hon. Ruben B. Brooks, United States Magistrate Judge, as required by law.

9/16/2005 at 9:20 a.m. at San Diego, California
Date and Time Issued

Ruben Brooks

HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF:

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FD-597 inventory forms.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]
U.S Judge or Magistrate Judge

9/29/2005
Date

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 295B-SD-67400

On (date) 9/22/05

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Mike Laude

(Street Address) 4881 Orchard Ave.

(City) San Diego, CA 92107

Description of Item(s): Room "E"

- IBM Thinkpad T23 - L5170345 + cables
- IBM Thinkpad T43 - IL5171728 + cables
- Compaq Presario 6000 - s/n - 3D27KYBAC07Z
- Toshiba Satellite Pro laptop
- two (2) thumb drives
- nine (9) Zip disks
- forty-three (43) CD-R's

Room "C"

- Toshiba Satellite P25-S5263

[signature] 9/22/05 11:05 AM

Received By: [signature] (Signature)

Received From: [signature] (Signature)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property Received/Returned/Released/Seized**

File # 295-SD-67400

On (date) 09/22/2005

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Michael E. Laude

(Street Address) 4881 Orchard St.

(City) San Diego CA

Description of Item(s): Nothing this line

1) CPU in tower, no case, rusted, no observed serial number,

Nothing follows

SA [illegible] 9/22/05

**Received By:** [signature] (Signature)

**Received From:** [signature] (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 295B-SD-67400

On (date) 9/22/05

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) MIKE LANDE

(Street Address) 4881 ORCHARD ST

(City) SAN DIEGO, CA

Description of Item(s): Room E items found
Seven (7) Notebooks
Computer print out paper, misc & Qualcom info
two (2) business cards
——— Nothing Follows ———

FBI SA Kiffe Shuly

Received By: [signature] (Signature)

Received From: [signature] (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 295B - SD - 67400

On (date) 9/22/2005

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) MIKE LAUDE

(Street Address) 4881 ORCHARD AVE

(City) SAN DIEGO, CA

Description of Item(s): Nothing on this line

- Container from Room H Wooden Closet
- Rock-like-substance from Closet in Room H
- Drugs and drug paraphernalia from Room H bedstand

Nothing follows

Dvi P.C. 9/22/05 11:00 AM

Received By: (Signature)

Received From: (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 295B-SD-67400

On (date) 9/22/05

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) MIKE LANDE
(Street Address) 4881 ORCHARD AVE
(City) SAN DIEGO, CA

Description of Item(s): ROOM "B"
FROM KITCHEN, LOWER CABINET NEXT TO
DISHWASHER:
1 BEER BOTTLE, GLASS, WITH AFFIXED PIPE
1 SHORT GLASS WITH AFFIXED PIPE
1 PLASTIC COLLAPSABLE PIPE TYPE APARATUS
WITH METAL PIPE
1 PLASTIC BAGGY WITH UNKNOWN SEEDS
Nothing Follows

9/22/05 11:05 AM

Received By: [signature] (Signature)    Received From: [signature] (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295B-SD-67400

ROOM H → CLOSET

On (date) 9/22/05

ROOM H CLOSET

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) MIKE LANDE

(Street Address) 4881 ORCHARD AVE

(City) SAN DIEGO, CA

Description of Item(s): GREEN Notebook w/ Journal Notes; DVD-R;

ROOM H - Main Bedroom

Loose Paper "September 2005" with handwritten notes from dresser cabinet

FBI SA [signature]

Received By: [signature] (Signature)

Received From: [signature] (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295B-SD-67400

On (date) 9/22/05

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) MIKE LANDE

(Street Address) 4881 ORCHARD ST

(City) SAN DIEGO, CA

Description of Item(s): Room E items found
Seven (7) Notebooks
Computer print out paper, misc & Qualcom info
two (2) business cards
——— Nothing Follows ———

FBI SA Kiffe Shah

Received By: [signature] (Signature)    Received From: [signature] (Signature)

**ATTACHMENT A**

The search premises are located at 4881 Orchard Ave., San Diego, California. The premises are described as a single-family, detached home, two stories in height, with the numbers "4881" posted by the white front door. The primary exterior color is a subdued reddish-orange. There is a small front yard that contains various shrubbery.

# ATTACHMENT B

Authorization is sought to search for the evidence that Michael Laude stole trade secret information and data from Qualcomm, Inc. and used that information and data to benefit himself and Nokia Inc. in violation of 18 U.S.C. 1832. Authorization to search includes any detached structures from the primary premises if such additional structures exist.. The authorization includes the search of electronic data to include deleted data, remnant data and slack space. The seizure and search of computers and computer media will be conducted in accordance with paragraphs 29 through 34 of the affidavit submitted in support of this warrant. Evidence to be seized includes but is not limited to:

a. All temporary and permanent files and records of any kind relating to Qualcomm, including but not limited to source code, files obtained from the Qualcomm computers and storage systems, and other computer and non-computer files and records constituting Qualcomm data, content, programs, and business information;

b. All temporary and permanent files and records of any kind, including computer code, computer logs and documents reflecting activities and connections between computers used by Michael Laude or located at the search premises and Qualcomm's computer systems.;

c. (RB) All temporary and permanent files and records of any kind reflecting or relating to Nokia Preminet business information, including but not limited to source code, files obtained from Nokia computers and storage systems, and other computer files constituting Nokia data, content, programs, and business information;

d. All records and documents that identify the dominion and control of Internet services at the search premises.